## 13314.  YOUNG v. THE STATE.

BLOODWORTH, J.  1. Under the facts of this case the special grounds of the motion for a new trial show no error that would require the grant of a new trial, either because of the failure of the judge to charge or in the excerpt from the charge of which complaint is made.

2. " Under the facts disclosed by the record, this court cannot say that the verdict of the jury is without support from the testimony or so far contrary to it as to authorize this court to determine that the trial judge abused his discretion in refusing to grant a new trial.  The law allows him to refuse or grant new trials in the exercise of a legal discretion, but it does not give this court any discretion in the matter. It can only grant new trials when errors of law have been committed, or when the trial judge has abused his discretion in refusing a new trial." *Smith* v. *State*, 91 *Ga.* 188 (1) (17 S. E. 68); *Bradham* v. *State*, 21 *Ga. App.* 510 (94 S. E. 618), and cases cited.

> *Judgment affirmed.  Broyles, C. J., and Luke, J., concur.*
> DECIDED APRIL 11, 1922.

Accusation of possessing liquor; from city court of Wrightsville — Judge Sturgis presiding.  December 20, 1921.

*B. B. Blount,* for plaintiff in error.

*W. C. Brinson, solicitor,* contra.

---

## 13315.  CORDELL v. THE STATE.

BROYLES, C. J.  1. A ground of the amendment to the motion for a new trial complains that the court propounded a certain question to a witness and permitted the witness to answer it.  However, it is stated in this ground that no objection was made to the admission of this testimony.  The ground therefore raises no question for the consideration of this court.

2. The alleged newly discovered evidence is merely cumulative and impeaching in its character, and the court did not err in overruling the special ground of the motion for a new trial based thereon.

3. The verdict was authorized by the evidence, and it was not error to overrule the motion for a new trial.

> *Judgment affirmed.  Luke and Bloodworth, JJ., concur.*
> DECIDED APRIL 11, 1922.

Indictment for drawing check, without funds to pay it; from Wheeler superior court — Judge Graham.  December 8, 1921.

*Burch & Pierce,* for plaintiff in error.

*M. H. Boyer, solicitor-general,* contra.